Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

Northern

for the

_____ District of New York

_____ Division

|  |  |
|---|---|
| Valerie Flores<br>_____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.<br>If the names of all the plaintiffs cannot fit in the space above,<br>please write "see attached" in the space and attach an additional<br>page with the full list of names.)*<br><br>-v-<br><br>Ande Meyer (may possibly go by matt?)<br>_____<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the<br>names of all the defendants cannot fit in the space above, please<br>write "see attached" in the space and attach an additional page<br>with the full list of names.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-1829 (BKS/PJE)<br>_____<br>*(to be filled in by the Clerk's Office)* |

## COMPLAINT AND REQUEST FOR INJUNCTION

I.  **The Parties to This Complaint**

A.  **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Valerie Flores |
| Street Address | PO Box 1110 ACP 5749 |
| City and County | Albany (Albany) |
| State and Zip Code | NY 12201 |
| Telephone Number | 838-265-4961 |
| E-mail Address | |

B.  **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

    Name      Ande Meyer

    Job or Title *(if known)*

    Street Address      unknown

    City and County      Fitchburg (Dane)

    State and Zip Code      WI

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 USC § 2261 (A), 18 USC § 2261, 18 USC § 1514, 15 US Code § 1692

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

The plaintiff, *(name)* Valerie Flores , is a citizen of the State of *(name)* New York .

    b.    If the plaintiff is a corporation

The plaintiff, *(name)* N/A , is incorporated under the laws of the State of *(name)* N/A , and has its principal place of business in the State of *(name)* N/A .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

The defendant, *(name)* Ande Meyer , is a citizen of the State of *(name)* Wisconsin . Or is a citizen of *(foreign nation)* USA .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b.    If the defendant is a corporation

The defendant, *(name)* _____N/A_____, is incorporated under

the laws of the State of *(name)* _____N/A_____, and has its

principal place of business in the State of *(name)* _____N/A_____.

Or is incorporated under the laws of *(foreign nation)* _____N/A_____,

and has its principal place of business in *(name)* _____N/A_____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

I have encountered a male that looked like Ande in CA (2024), Washington DC area (early 2025), NJ (late 2025)

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

I have encountered a male that looked identical to Ande Meyer in CA (2024), Washington DC area (early 2025), NJ (late 2025)

B.    What date and approximate time did the events giving rise to your claim(s) occur?

The interstate stalking by Ande Meyer started in Folsom, CA in 3/2024, Washington DC area (2/2025), & NJ Turnpike/rest area - 11/2025 in a maroon Nissan Rogue.

Page 4 of 6

I feel very threatened by Ande Meyer & his sister. I saw a woman at a post office in 2020, 2021, or 2022 that resembled his red headed sister. I also was denied a loan by a Katrina Crops when she doesn't even work in the banking industry. I question if his sister's name is Katrina Cropo.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I met Ande Meyer in 2012. After a short time he was verbally & mentally abusive towards me so I told him to stop contacting me. My desk at my job was vandalized & I was receiving prank calls to my office phone coincidentally around this time. He told me he had been diagnosed with a mental disorder. Then starting in 3/2024 I saw a male that looked identical to Ande (I had not seen him since 2012) standing near a stoplight in Folsom, CA (3/2024), near a library that I had stopped at in Washington DC (2/2025), & most recently NJ turnpike/

IV. **Irreparable Injury** rest area - 11/2025 in a maroon Nissan Rogue.

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

This is really disturbing if this is Ande stalking & interstate harrassing me 13 years after meeting him. I need a restraining order & the maximum amount of crime victim compensation in each state CA- $70k, Washington DC CVC $25k & $3k for temporary housing, & $1500 for moving expenses, and then again in NJ ($60k & add'l $3k for relocation ~~expense~~ assistance expenses.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

He walked very close to my vehicle & then met a woman they kissed and walked a small dog briefly & got in 2 seperate cars & left. Why would I care if he has a significant other? I only briefly knew him 13 yrs. ago, but he was abusive towards me so I want him to stay away from me. I find it really disturbing & threatening that he is interstate stalking me 13 years later. I want to press criminal charges against him. I should not have to deal w/ his mentally unstable behavior 13 years later. If its possible to get a 10 year restraining order that is what I need (4 years is not long enough). I need those punitive damages in order to keep myself safe from Ande & $75k in addition for other expenses related these domestic violence victim issues with Ande Meyer

Page 5 of 6

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        12/22/25

Signature of Plaintiff        Valerie Flores

Printed Name of Plaintiff        Valerie Flores

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address